**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Hector**<br>First name<br><br>**D.**<br>Middle name<br><br>**Fernandez**<br>Last name and Suffix (Sr., Jr., II, III) | **Maria Cyd**<br>First name<br><br>_____<br>Middle name<br><br>**Adriatico-Fernandez**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-9623** | **xxx-xx-8359** |

Debtor 1 **Hector D. Fernandez**
Debtor 2 **Maria Cyd Adriatico-Fernandez**

Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **503 Beechwood Dr.**<br>**Round Lake, IL 60073**<br>Number, Street, City, State & ZIP Code<br><br>**Lake**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Hector D. Fernandez**
Debtor 2  **Maria Cyd Adriatico-Fernandez**                                                 Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

☐ No.  Go to line 12.
■ Yes.  Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 3

Debtor 1    **Hector D. Fernandez**
Debtor 2    **Maria Cyd Adriatico-Fernandez**                                                    Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No.
☐ Yes.

What is the hazard?    _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Debtor 1 **Hector D. Fernandez**
Debtor 2 **Maria Cyd Adriatico-Fernandez**    Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Hector D. Fernandez**
Debtor 2 **Maria Cyd Adriatico-Fernandez**                                                        Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Hector D. Fernandez**                                    **/s/ Maria Cyd Adriatico-Fernandez**
**Hector D. Fernandez**                                            **Maria Cyd Adriatico-Fernandez**
Signature of Debtor 1                                              Signature of Debtor 2

Executed on **September 21, 2018**              Executed on **September 21, 2018**
MM / DD / YYYY                                              MM / DD / YYYY

Official Form 101                        **Voluntary Petition for Individuals Filing for Bankruptcy**                        page 6

| | |
|---|---|
| Debtor 1 | **Hector D. Fernandez** |
| Debtor 2 | **Maria Cyd Adriatico-Fernandez** |

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Paolo P. Rivera**
Signature of Attorney for Debtor

Date **September 21, 2018**
MM / DD / YYYY

**Paolo P. Rivera**
Printed name

**Paolo P. Rivera, PC**
Firm name

**3500 W. Peterson Ave.**
**Suite 405**
**Chicago, IL 60659**
Number, Street, City, State & ZIP Code

Contact phone **7734637102**       Email address **privera02@yahoo.com**

**6276244 IL**
Bar number & State

.

Americash Loans
2400 E. Devon Ave., #300
Des Plaines, IL 60018


Americash Loans
PO Box 184
Des Plaines, IL 60016


Avant Inc.
222 N. LaSalle St., Ste. 1700
Chicago, IL 60601


Bank of Missouri
916 N. Kingshighway St.
Perryville, MO 63775


Barclays Bank Deleware
PO Box 8803
Wilmington, DE 19899-8803


Big Picture Loans
E23970 Pow Wow Trail
Watersmeet, MI 49969


Build Card
PO Box 9203
Old Bethpage, NY 11804-9203


Capital Management Services
698 1/2 South Ogden St.
Buffalo, NY 14206


Capital One
PO Box 30253
Salt Lake City, UT 84130


Carson Smithfields
PO Box 9201
Old Bethpage, NY 11804


Celtic Bank
PO Box 4499
Beaverton, OR 97076-4499

Celtic Bank Corp.
268 S. State St., Ste. 300
Salt Lake City, UT 84111

Chase Card
PO Box 15298
Wilmington, DE 19850

CITI Card
PO Box 6241
Sioux Falls, SD 57117

Comenity Bank
PO Box 182273
Columbus, OH 43218-2273

Consumer Lending
6563 Wilson Mills Rd., Suite 105
Mayfield Village, OH 44143

Credit First
PO Box 81344
Cleveland, OH 44188

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500

Discover Bank
PO Box 15316
Wilmington, DE 19850-5316

East Point Recovery Group
26 Mississipi St
Suite 200
Buffalo, NY 14203

Everest Receivables
2351 N. Forest Rd., Suite 100
Getzville, NY 14068

Fifth Third Bank
5050 Kingsley Dr.
Cincinnati, OH 45227


Fingerhut
6250 Ridgewood Rd.
Saint Cloud, MN 56303-0820


First Mutual Finance
PO Box 970
Gates Mills, OH 44040


First Premier Bank
601 S. Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
3820 N. Louise Ave
Tape Only
Sioux Falls, SD 57107-0145


First Savings Credit Card
500 E 60th St. N
Sioux Falls, SD 57104-0478


Ford Motor Credit
PO Box 537901
Livonia, MI 48153-7901


Ford Motor Credit
PO Box 64400
Colorado Springs, CO 80962


Fortiva
PO Box 105555
Atlanta, GA 30348


Gettington
6250 Ridgewood Rd.
Saint Cloud, MN 56303


Global Connections, Inc.
PO Box 6462
Chicago, IL 60680-6462

```
Global Network
656 Quince Orchard St.
Ste. 620
Potomac, MD 20878


Green Trust Cash
PO Box 340
Hays, MT 59527


Hummingbird Funds
9790 N. County Rd. K
Suite 3
Hayward, WI 54843


Internal Revenue Service
230 S. Dearborn
Chicago, IL 60604


Invitation Homes
8665 E. Hartford Dr.
Scottsdale, AZ 85255


K. Jordan
913 1st Ave.
Chippewa Falls, WI 54729


LTD Financial Services
3200 Wilcrest Suite 600
Houston, TX 77042


Marathon Card
PO Box 182273
Columbus, OH 43218


Merrick Bank
PO Box 9201
Old Bethpage, NY 11804-9001


Merrick Bank
PO Box 9201
Old Bethpage, NY 11804
```

```
Midland Funding
2365 Northside Dr.
Suite 300
San Diego, CA 92108


Milestone
Genesis FS Card Services
PO Box 84059
Columbus, GA 31908-4059


Milestone
PO Box 4499
Beaverton, OR 97076-4499


Mohela
633 Spirit Dr.
Chesterfield, MO 63005-1243


My Loan Site
PO Box 188
Fort Thompson, SD 57339


National Credit Adjusters
PO Box 3023
Hutchinson, KS 67504


Pay Pal Credit
PO Box 71202
Charlotte, NC 28272-1202


Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524


Q Credit Loan
100 Canal Point Bvd., Suite 208
Princeton, NJ 08540


Rise
Attn:  Customer Support
PO Box 101808
Fort Worth, TX 76185
```

```
Rise
4150 International 300
Fort Worth, TX 76109


Santander Consumer USA
PO Box 660633
Dallas, TX 75266-0633


Sears
PO Box 6283
Sioux Falls, SD 57117


Shell Credit Card
PO Box 6406
Sioux Falls, SD 57117


Silver Cloud Financial
635 E. Highway 20, C
Upper Lake, CA 95485


SKO Brenner American Inc
40 Daniel St.
Farmingdale, NY 11735-0230


Surge Card
PO Box 3220
Buffalo, NY 14240-3220


Synchroncy Bank
PO Box 965036
Orlando, FL 32896-5036


Synchroncy Bank
PO Box 965036
Orlando, FL 32896-8254


Synchroncy Bank
PO Box 965005
Orlando, FL 32896


Target Card Services
PO Box 673
Minneapolis, MN 55430
```

TCF RGS Financial
1700 Jayell Dr.
Richardson, TX 75081


Title Max
101 E. North Ave.
Melrose Park, IL 60164


Title Max Plainfield
12443 IL RT 59
Plainfield, IL 60585


Total Visa Card
PO Box 85710
Sioux Falls, SD 57118-5710


United Midwest Savings Bank
PO Box 970
Gates Mills, OH 44040


Wells Fargo Bank
PO Box 10438
MACF8235-02F
Des Moines, IA 50306


Xoom Energy
PO Box 650411
Dallas, TX 75265